| | |
|---|---|
| 1 | Plaintiff's Counsel: |
| | Jayne Conroy |
| 2 | Hanly Conroy Bierstein Sheridan |
| | Fisher & Hayes LLP |
| 3 | 112 Madison Avenue |
| | New York New York  10016-7416 |
| 4 | (212) 784-6400 |
| | (212) 284-6420 (fax) |
| 5 | |
| | -and- |
| 6 | |
| | SimmonsCooper LLC |
| 7 | 707 Berkshire Blvd. |
| | East Alton, IL  62024 |
| 8 | (618) 259-2222 |
| | (212) 259-2251 (Fax) |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB |
| | MDL NO. 1699 |
| This Document Relates To: | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Ricky B. and Mary Wilson, et. al., vs. Pfizer, Inc.,.* | |
| *MDL No. 06-3217:* <u>Plaintiff Ricky Wilson and Mary Wilson</u> | |

Come now the Plaintiffs, Ricky Wilson and Mary Wilson, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

- 1 -   STIPULATION OF DISMISSAL WITH PREJUDICE

and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Ricky Wilson and Mary Wilson's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009       By: _____
                                    Jayne Conroy
                                    **HANLY CONROY BIERSTEIN**
                                    **SHERIDAN FISHER & HAYES LLP**
                                    112 Madison Avenue
                                    New York, New York 10016-7416
                                    (212) 784-6400
                                    (212) 784-6420 (Fax)
                                    Email: jconroy@hanlyconroy.com

                    -and-

                                    **SIMMONSCOOPER LLC**
                                    707 Berkshire Blvd.
                                    East Alton, IL 62024
                                    (618) 259-2222
                                    (618) 259-2251 (Fax)

                                    *Counsel for Plaintiff.*

Dated: _____March 11___, 2009      By: _____
                                    Michelle W. Sadowsky
                                    **DLA PIPER US LLP**
                                    1251 Avenue of the Americas
                                    New York, New York 10020-1104
                                    (212) 335-4625
                                    (212) 884-8675 (Fax)

                                    *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____March 30_____, 2009   By: _____
                                       United States District Court

-2-                                    STIPULATION OF DISMISSAL WITH PREJUDICE